UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     CIVIL ACTION NO. 04-80335

       v.                             DISTRICT JUDGE VICTORIA ROBERTS

CURTIS ELLISON (D-3),          MAGISTRATE JUDGE VIRGINIA MORGAN

       Defendant.
_____/

### REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO QUASH AND/OR DISMISS THE FIRST SUPERSEDING INDICTMENT

This matter is before the court on Defendant Curtis Ellison's Motion to Quash and/or Dismiss the First Superseding Indictment filed May 20, 2005 (D/E 70).  A hearing on the motion was held before the magistrate judge on June 22, 2005.

For the reasons stated on the record, it is recommended that the motion be denied.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of HHS, 932 F.2d 505, 508 (6th Cir. 1991); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).  The filing of objections which raise some issues,

but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  <u>Willis v. Secretary of HHS</u>, 931 F.2d 390, 401 (6th Cir. 1991); <u>Smith v. Detroit Fed'n of Teachers Local 231</u>, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

Within ten (10) days of service of any objecting party's timely filed objections, the opposing party may file a response.  The response shall be no more than 20 pages in length unless, by motion and order, the page limit is extended by the court.  The response shall address each issue contained within the objections specifically and in the same order raised.

    s/Virginia M. Morgan
VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE

Dated:  June 27, 2005

---

**Proof of Service**

The undersigned certifies that a copy of the foregoing report and recommendation was served on the attorneys of record herein by electronic means or U.S. Mail on <u>June 27, 2005.</u>

    s/Jennifer Hernandez
Case Manager to
Magistrate Judge Morgan