**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff(s),**       **CASE NUMBER: 04-80335**

**v.**      **HONORABLE VICTORIA A. ROBERTS**

**CURTIS ELLISON D-3,**

      **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On June 27, 2005, Magistrate Judge Virginia M. Morgan submitted a Report and Recommendation **[Doc. 120]** recommending that the Court deny Defendant's Motion to Quash and/or Dismiss the First Superseding Indictment **[Doc. 70]**.  A Supplemental Report and Recommendation **[Doc. 144]** was entered on August 19, 2005 in order to provide a written opinion. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.  The Court, therefore, **DENIES** Defendant's Motion to Quash and/or Dismiss the First Superseding Indictment.

**IT IS SO ORDERED.**

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated:  September 21, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 21, 2005.

s/Carol A. Pinegar
Deputy Clerk